| | |
|---|---|
| 1<br>2<br>3<br>4 | TIMOTHY S. BLACKFORD (Bar No. 190900)<br>DLA PIPER US LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619.699.2700<br>Fax: 619.699.2701 |
| 5<br>6<br>7<br>8 | SAMUEL B. ISAACSON (*Pro Hac Vice Pending*)<br>PETER M. ELLIS (*Pro Hac Vice Pending*)<br>DLA PIPER US LLP<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601-1263<br>Tel. 312.368-4000<br>Fax: 312.236-7516 |
| 9 | Attorneys for Plaintiffs<br>MAIL BOXES ETC., INC. and<br>UNITED PARCEL SERVICE OF AMERICA, INC. |

FILED
2008 JUL 30 PM 3:50
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually, STANLEY CHAN, individually,<br><br>Defendants. | CASE NO. '08 CV 1383 LAB BLM<br><br>**PLAINTIFFS' NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 40.2, plaintiff Mail Boxes Etc., Inc. ("MBE"), by its undersigned attorneys, states that MBE is a Delaware corporation and hereby certifies that United Parcel Service of America, Inc., a publicly held corporation, is the parent company of MBE.

Dated: July 30, 2008

                                        **DLA PIPER US LLP**

                                        By _____
                                           TIMOTHY S. BLACKFORD
                                           Attorney for Plaintiffs
                                           Mail Boxes Etc., Inc. and
                                           United Parcel Service of America, Inc.