# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MAIL BOXES ETC., INC. and UNITED PARCEL SERVICE OF AMERICA, INC.   Plaintiffs

vs

UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually; STANLEY CHAN, individually   Defendants

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1383 LAB BLM

FILED
2008 JUL 30 PM 3:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

TO

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Timothy S. Blackford
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By K. HAMMERLY, Deputy Clerk

JUL 30 2008

DATE

COPY

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com