| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TIMOTHY BLACKFORD  SBN 190900<br>DLA PIPER RUDNICK GRAY CARY<br>US LLP<br>401 B STREET, SUITE 1700<br>SAN DIEGO CA 92101 | 619-699-2700<br><br>Ref. No. or File No. | |
| ATTORNEY FOR   PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:

MAIL BOXES ETC., INC. AND UNITED v UNITED POSTAL BUSINESS CENTER, ETC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 657115 | | | | CV1383LABBLM |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED THE:

SUMMONS
COMPLAINT
TRO APPLICATION

ON: JOSEPH CHAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE ABOVE NAMED PERSON A COPY THEREOF, AT:

68 ALVARADO STREET
BRISBANE CA 94005

ON: 08/06/08     AT: 7:37 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: GERRY YSIP                    FEE FOR SERVICE:    30.00


RAPID LEGAL INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [ X ] Employee or [   ] Independent Contractor
(2) Registration No. 1065
(3) County: ALAMEDA
(4) Expiration: 11/23/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 08/07/08                    >
                                  SIGNATURE  /s/ Gerry Ysip

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MAIL BOXES ETC., INC. and UNITED PARCEL SERVICE OF AMERICA, INC. Plaintiffs

vs

UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually; STANLEY CHAN, individually  Defendants

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1383 LAB BLM**

TO

Joseph Chan
68 Alvarado Street
Brisbane, CA  94005

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
Timothy S. Blackford
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By ___K. Haverly___, Deputy Clerk

JUL 3 0 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____    _____
                    Date                    Signature of Server

_____
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Page 2 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com