| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TIMOTHY BLACKFORD  SBN 190900<br>DLA PIPER RUDNICK GRAY CARY<br>US LLP<br>401 B STREET, SUITE 1700<br>SAN DIEGO CA 92101 | 619-699-2700<br><br>Ref. No. or File No. | |

ATTORNEY FOR   PLAINTIFF

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:

MAIL BOXES ETC., INC. AND UNITED v UNITED POSTAL BUSINESS CENTER, ETC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 657116 | | | | CV1383LABBLM |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED THE:

SUMMONS
COMPLAINT
TRO APPLICATION

ON: STANLEY CHAN

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:
133 ESTUDILLO AVE
SAN LEANDRO CA 94577
ON: 08/11/08  AT: 11:32 AM

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF
ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
THOMAS BRIGGS
WHOSE RELATIONSHIP/TITLE IS: EMPLOYEE

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: Nytira Duplessis          FEE FOR SERVICE:    248.80

RAPID LEGAL INC.                    d.  Registered California process server
1199 MONTEREY PASS ROAD             (1) [ ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 1040
323-526-7300 FAX 323-526-7377       (3) County: ALAMEDA
                                    (4) Expiration: 02/07/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 08/12/08                           >
                                         SIGNATURE  [signature: D. Duplessis]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TIMOTHY BLACKFORD   SBN 190900<br>DLA PIPER RUDNICK GRAY CARY<br>US LLP<br>401 B STREET, SUITE 1700<br>SAN DIEGO CA 92101 | 619-699-2700<br><br>Ref. No. or File No. | |
| ATTORNEY FOR    PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>District Court Southern District, San Diego<br>880 Front St #4290 San Diego CA 92101 | | |
| SHORT TITLE OF CASE:<br>MAIL BOXES ETC., INC. AND UNITED v UNITED POSTAL BUSINESS CENTER, ETC. | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>657116 | | CASE NUMBER:<br>CV1383LABBLM |

DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: STANLEY CHAN

DOCUMENTS RECEIVED:

SUMMONS
COMPLAINT
TRO APPLICATION

I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT PERSONAL SERVICE:

At the residence address: 25009 CENTURY OAKS CIRCLE
                          CASTRO VALLEY CA 94552
08/06/08  6:10 PM   NO ANSWER. NO CARS IN DRIVE WAY. NO LIGHTS
08/06/08  --        ON. MAIL STILL IN MAILBOX.
08/06/08  9:46 AM   NO ANSWER. NO CARS IN DRIVE WAY. NO LIGHTS
08/06/08  --        ON. MAIL STILL IN MAILBOX.
08/07/08  7:22 PM   NO ANSWER. NO CARS IN DRIVE WAY. NO LIGHTS ON
08/08/08  1:26 PM   NO ANSWER

PERSON ATTEMPTING SERVICE: Nytira Duplessis

RAPID LEGAL INC.                      d. Registered California process server
1199 MONTEREY PASS ROAD              (1) [  ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754              (2) Registration No. 1040
323-526-7300  FAX 323-526-7377       (3) County: ALAMEDA
                                     (4) Expiration: 02/07/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 08/12/08                                   > SIGNATURE  /s/ N. Duplessis

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TIMOTHY BLACKFORD  SBN 190900<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>401 B STREET, SUITE 1700<br>SAN DIEGO CA 92101 | 619-699-2700<br><br>Ref. No. or File No. | |
| ATTORNEY FOR    PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:
MAIL BOXES ETC., INC. AND UNITED v UNITED POSTAL BUSINESS CENTER, ETC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 657116 | | | | CV1383LABBLM |

DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: STANLEY CHAN

DOCUMENTS RECEIVED:

SUMMONS
COMPLAINT
TRO APPLICATION


I DECLARE THE FOLLOWING ATTEMPTS WERE MADE TO EFFECT PERSONAL SERVICE:

At the business address: 133 ESTUDILLO AVE
                        SAN LEANDRO CA 94577

08/07/08 1:00 PM  PER THOMAS - EMPLOYEE, STANLEY CHAN WILL NOT
08/07/08 --       BE IN TODAY. THOMAS CALLED THE PLEASANT HILL
08/07/08 --       OFFICE AND THEY SAID THAT HE WILL NOT BE IN
08/07/08 --       THAT OFFICE AS WELL.
08/09/08 9:00 AM  NOT OPEN ON SATURDAYS
08/10/08 11:56 AM NOT OPEN ON SUNDAYS
08/11/08 11:32 AM SUBSERVED ON THOMAS BRIGGS

PERSON ATTEMPTING SERVICE: Nytira Duplessis


RAPID LEGAL INC.                    d.  Registered California process server
1199 MONTEREY PASS ROAD             (1) [   ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 1040
323-526-7300 FAX 323-526-7377       (3) County: ALAMEDA
                                    (4) Expiration: 02/07/10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 08/12/08                      >
                                    SIGNATURE  *[signature: Duplessis]*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| TIMOTHY BLACKFORD  SBN 190900<br>DLA PIPER RUDNICK GRAY CARY<br>US LLP<br>401 B STREET, SUITE 1700<br>SAN DIEGO CA 92101 | 619-699-2700<br><br>Ref. No. or File No. | |
| ATTORNEY FOR   PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:
MAIL BOXES ETC., INC. AND UNITED v UNITED POSTAL BUSINESS CENTER, ETC.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 657116 | | | | CV1383LABBLM |

PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 08/12/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

SUMMONS
COMPLAINT
TRO APPLICATION


ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:   OAKLAND          , CALIFORNIA,  ADDRESSED AS FOLLOWS:

STANLEY CHAN

133 ESTUDILLO AVE
SAN LEANDRO CA 94577



DECLARANT: Layla Silvestre


RAPID LEGAL INC.                    d.  Registered California process server
1199 MONTEREY PASS ROAD             (1) [ X ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 08-1047
323-526-7300 FAX 323-526-7377       (3) County: SAN FRANCISCO
                                    (4) Expiration:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 08/12/08                              >
                                             SIGNATURE

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MAIL BOXES ETC., INC. and UNITED PARCEL SERVICE OF AMERICA, INC. Plaintiffs

vs

UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually; STANLEY CHAN, individually  Defendants

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1383 AR BLM**

TO
   Stanley Chan
   25009 Century Oaks Circle
   Castro Valley, CA  94552

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   Timothy S. Blackford
   DLA Piper US LLP
   401 B Street, Suite 1700
   San Diego, CA  92101-4297

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

____W. Samuel Hamrick, Jr.____        JUL 3 0 2008
              CLERK                          DATE

By  K. Haverly , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Page 1 of 2

American LegalNet, Inc
www.FormsWorkflow.com

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
|  |  |  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____   _____
              Date                Signature of Server

                              _____
                              Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure