1    TIMOTHY S. BLACKFORD (Bar No. 190900)
     VERONICA L. JACKSON (Bar No. 243095)
2    DLA PIPER US LLP
     401 B Street, Suite 1700
3    San Diego, CA  92101-4297
     Tel:  619.699.2700
4    Fax: 619.699.2701

5    SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
     PETER M. ELLIS (*Admitted Pro Hac Vice*)
6    DLA PIPER US LLP
     203 N. LaSalle Street, Suite 1900
7    Chicago, IL  60601-1263
     Tel. 312.368-4000
8    Fax: 312.236-7516

9    Attorneys for Plaintiffs
     MAIL BOXES ETC., INC. and UNITED PARCEL
10   SERVICE OF AMERICA, INC.

11                    UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

13

14   MAIL BOXES ETC., INC., and UNITED          Case No.  08-CV-1383 LAB (BLM)
     PARCEL SERVICE OF AMERICA, INC.
15                                               **PROOF OF SERVICE**
                      Plaintiffs,
16                                               Judge:  Hon. Larry Burns
                      v.                         Place:   Courtroom 9
17
     UNITED POSTAL BUSINESS CENTER,
18   JOSEPH CHAN, individually, STANLEY
     CHAN, individually,
19
                      Defendants.
20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
   SAN DIEGO          CHGO1\31255479.1                    -1-                         08-CV-1383 LAB (BLM)

1

**PROOF OF SERVICE**

2          I am a resident of the State of California, over the age of eighteen years, and not a party to
the within action.  My business address is DLA Piper US LLP, 401 B Street, San Diego,
3    California  92101.  On August 6, 2008, I served the within documents:

4          1.  Mail Boxes Etc., Inc.'s *Ex Parte* Application for Temporary Restraining Order;
              Memorandum of Points and Authorities in Support of Application for Temporary
5              Restraining Order;

6          2.  Declaration of Peter M. Ellis in Support of Mail Boxes Etc., Inc.'s *Ex Parte*
              Application for Temporary Restraining Order;

7

8          3.  Declaration of Don Higginson in Support of Mail Boxes Etc., Inc.'s Application
              for Temporary Restraining Order;

9          4.  Declaration of Nancy Pemberton in Support of Mail Boxes Etc., Inc.'s
              Application for Temporary Restraining Order;

10

11         5.  Declaration of Robert D. Rodriguez in Support of Mail Boxes Etc., Inc.'s
              Application for Temporary Restraining Order;

12         6.  [Proposed] Order Granting *Ex Parte* Application for Temporary Restraining
              Order

13

14    ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set
          forth below on this date before 5:00 p.m.

15

16    ☐   by placing the document(s) listed above in a sealed envelope with postage thereon
          fully prepaid, in the United States mail at San Diego, California addressed as set
          forth below.

17

18    ☐   by placing the document(s) listed above in a sealed envelope with postage thereon
          fully prepaid, and deposited with UPS Overnight at San Diego, California
          addressed as set forth below.

19

20    ☐   by transmitting via e-mail the document(s) listed above to the e-mail address(es)
          set forth below.

21

22    ☒   by personally delivering the document(s) listed above at the address(es) set forth
          below.

23

24    ☐   by transmitting via e-filing the document(s) listed above to the Case Management/
          Electronic Case filing system.

25    United Postal Business Center              Joseph Chan
      c/o Joseph Chan                            68 Alvarado Street
26    68 Alvarado Street                         Brisbane, CA  94005
      Brisbane, CA  94005

27

28

1    I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

2    Executed on August 14, 2008, at San Diego, California.

3

4

5    Debby Brady

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28