1  TIMOTHY S. BLACKFORD (Bar No. 190900)
   VERONICA L. JACKSON (Bar No. 243095)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
   PETER M. ELLIS (*Admitted Pro Hac Vice*)
6  DLA PIPER US LLP
   203 N. LaSalle Street, Suite 1900
7  Chicago, IL 60601-1263
   Tel. 312.368-4000
8  Fax: 312.236-7516

9  Attorneys for Plaintiffs
   MAIL BOXES ETC., INC. and UNITED PARCEL
10 SERVICE OF AMERICA, INC.

11

                      UNITED STATES DISTRICT COURT
12
                    SOUTHERN DISTRICT OF CALIFORNIA
13

14 | MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC. | Case No. 08-CV-1383 LAB (BLM)
15 |                                                                    | **PROOF OF SERVICE**
16 |           Plaintiffs,                                              |
   |                                                                    | Judge: Hon. Larry Burns
17 |      v.                                                            | Place: Courtroom 9
18 | UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually, STANLEY CHAN, individually, |
19 |                                                                    |
20 |           Defendants.                                              |

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN DIEGO

CHGO1\31255479.1

-1-

08-CV-1383 LAB (BLM)

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On August 11, 2008, I served the within documents:

1. Mail Boxes Etc., Inc.'s *Ex Parte* Application for Temporary Restraining Order; Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order;

2. Declaration of Peter M. Ellis in Support of Mail Boxes Etc., Inc.'s *Ex Parte* Application for Temporary Restraining Order;

3. Declaration of Don Higginson in Support of Mail Boxes Etc., Inc.'s Application for Temporary Restraining Order;

4. Declaration of Nancy Pemberton in Support of Mail Boxes Etc., Inc.'s Application for Temporary Restraining Order;

5. Declaration of Robert D. Rodriguez in Support of Mail Boxes Etc., Inc.'s Application for Temporary Restraining Order;

6. [Proposed] Order Granting *Ex Parte* Application for Temporary Restraining Order

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☐ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

☒ by personally delivering the document(s) listed above at the address(es) set forth below.

☐ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Stanley Chan
133 Estudillo Avenue
San Leandro, CA 94577

1      I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

2

3      Executed on August 14, 2008, at San Diego, California.

*/s/ Debby Brady*
Debby Brady