TIMOTHY S. BLACKFORD (Bar No. 190900)
VERONICA L. JACKSON (Bar No. 243095)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1263
Tel. 312.368-4000
Fax: 312.236-7516

Attorneys for Plaintiffs
MAIL BOXES ETC., INC. and UNITED PARCEL
SERVICE OF AMERICA, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually, STANLEY CHAN, individually, <br><br> Defendants. | Case No. 08-CV-1383 LAB (BLM) <br><br> **JOINT MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER** <br><br> Judge: Hon. Larry Burns <br> Place: Courtroom 9 |

1    Plaintiff Mail Boxes Etc., Inc. ("MBE") and Defendants United Postal Business Center,

2    Joseph Chan and Stanley Chan ("Defendants"), in accordance with Civil Local Rules 7.2 and

3    12.1, jointly move the Court to enter an Order granting MBE's *Ex Parte* Application For

4    Temporary Restraining Order.  In support of this joint motion, the parties state as follows:

5    Defendants and all agents, servants, employees and all persons acting in concert with them

6    or on their behalf, pending further hearing on this matter, agree to entry of a temporary restraining

7    order, and thus shall be (either directly or indirectly):

8    a.    **RESTRAINED** from:

9    1.    using or displaying the Marks, or any other logos, symbols or trade dress in
10            connection with advertising, distribution, or display for sale of any product
            or service;
11

12    2.    making, in any manner whatsoever, any statement or representation, or
            performing any act, likely to lead members of the public to believe that
13            defendants' store is in any manner, directly or indirectly, associated,
            affiliated, connected with, licensed, sponsored, authorized or approved by
14            Plaintiffs;

15    3.    taking any action, directly or indirectly, in any form or manner whatsoever,
            that is likely to dilute the distinctive quality of Plaintiffs' famous registered
16            Marks or otherwise taking any action likely to cause tarnishment or
            disparagement to Plaintiffs' business reputation;
17

18    4.    otherwise infringing UPS' or MBE's trade name, trademark or service
            marks, or otherwise competing unfairly with Plaintiffs in any manner; and
19

20    b.    Defendants must file with the Court and serve upon MBE's counsel by no later

21    than August 25, 2008, a written report, under oath, setting forth in detail the manner in which they

22    have complied with such injunction or order.

23    The parties hereby agree that the Court's ORDER shall be effective immediately, from the

24    date entered, and shall expire ten (10) days after its entry unless Defendants consent that it may

25    be extended for a longer period.

26    /////

27    /////

28    /////

DLA PIPER US LLP
SAN DIEGO

-2-

1    Dated: August 13, 2008

2                        **DLA PIPER US LLP**

3

4                        By /s/ Timothy S. Blackford

5                          Attorney for Plaintiffs
                           Mail Boxes Etc., Inc. and

6                          United Parcel Service of America, Inc.
                           tim.blackford@dlapiper.com

7    Dated: August 13 2008

8                        **UNITED POSTAL BUSINESS CENTER**

9

10                        By _____

11

12    Dated: August 13 2008

13                        JOSEPH CHAN

14    Dated: August 13, 2008

15

16                        STANLEY CHAN

17

18

19

20

21

22

23

24

25

26

27

28

1  TIMOTHY S. BLACKFORD (Bar No. 190900)
   VERONICA L. JACKSON (Bar No. 243095)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA  92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
   PETER M. ELLIS (*Admitted Pro Hac Vice*)
6  DLA PIPER US LLP
   203 N. LaSalle Street, Suite 1900
7  Chicago, IL  60601-1263
   Tel. 312.368-4000
8  Fax: 312.236-7516

9  Attorneys for Plaintiffs
   MAIL BOXES ETC., INC. and UNITED PARCEL
10 SERVICE OF AMERICA, INC.

11                      UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

13

14 | MAIL BOXES ETC., INC., and UNITED        | Case No.  08-CV-1383 LAB (BLM)
   | PARCEL SERVICE OF AMERICA, INC.          |
15 |                                          | **PROOF OF SERVICE**
   |            Plaintiffs,                    |
16 |                                          | Judge:  Hon. Larry Burns
   |        v.                                | Place:   Courtroom 9
17 |                                          |
   | UNITED POSTAL BUSINESS CENTER,           |
18 | JOSEPH CHAN, individually, STANLEY       |
   | CHAN, individually,                      |
19 |                                          |
   |            Defendants.                    |
20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN DIEGO

                                    -1-

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On August 14, 2008, 2008, I served the within documents:

    1.  JOINT MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER;

    2.  [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☒  by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

☐  by personally delivering the document(s) listed above at the address(es) set forth below.

☐  by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Joseph Chan
68 Alvarado Street
Brisbane, CA 94005
joseph_c@hotmail.com

Stanley Chan
25009 Century Oaks Circle
Castro Valley, CA 94552
stan.chan@jc-graphics.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 14, 2008, at San Diego, California.

_Debby Brady_
Debby Brady