## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Mail Boxes Etc. v. United Postal Business Center   <u>Case No</u>: 08cv1383-LAB (BLM)

<u>HON.</u> Larry A. Burns            <u>CT. DEPUTY</u>            <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:       No appearance.

<u>Defendant(s)</u>:     No appearance.

In consideration of the parties' Joint Motion For Entry Of Temporary Restraining Order, the hearing of plaintiff's *Ex Parte* Application For Temporary Restraining Order, presently scheduled to be heard Monday, August 18, 2008 at 12:00 noon, is **off-calendar** as superseded by the Joint Motion. Order to follow. Plaintiff shall ensure the individual *pro se* defendants are so informed.

DATED:  August 14, 2008                                    INITIALS:  <u>RLW</u> Law Clerk