TIMOTHY S. BLACKFORD (Bar No. 190900)
VERONICA L. JACKSON (Bar No. 243095)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1263
Tel. 312.368-4000
Fax: 312.236-7516

Attorneys for Plaintiffs
MAIL BOXES ETC., INC. and UNITED PARCEL
SERVICE OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually, STANLEY CHAN, individually,<br><br>Defendants. | Case No. 08-CV-1383 LAB (BLM)<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Larry Burns<br>Place: Courtroom 9 |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On August 14, 2008, 2008, I served the within documents:

1. MINUTE ORDER

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☒ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

☐ by personally delivering the document(s) listed above at the address(es) set forth below.

☐ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Joseph Chan
68 Alvarado Street
Brisbane, CA 94005
joseph_c@hotmail.com

Stanley Chan
25009 Century Oaks Circle
Castro Valley, CA 94552
stan.chan@jc-graphics.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 14, 2008, at San Diego, California.

_Debby Brady_
Debby Brady