| | |
|---|---|
| 1 | TIMOTHY S. BLACKFORD (Bar No. 190900) |
| | VERONICA L. JACKSON (Bar No. 243095) |
| 2 | DLA PIPER US LLP |
| | 401 B Street, Suite 1700 |
| 3 | San Diego, CA  92101-4297 |
| | Tel: 619.699.2700 |
| 4 | Fax: 619.699.2701 |
| 5 | SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*) |
| | PETER M. ELLIS (*Admitted Pro Hac Vice*) |
| 6 | DLA PIPER US LLP |
| | 203 N. LaSalle Street, Suite 1900 |
| 7 | Chicago, IL  60601-1263 |
| | Tel. 312.368-4000 |
| 8 | Fax: 312.236-7516 |
| 9 | Attorneys for Plaintiffs |
| | MAIL BOXES ETC., INC. and UNITED PARCEL |
| 10 | SERVICE OF AMERICA, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC. | Case No.  08-CV-1383 LAB (BLM) |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Judge: Hon. Larry Burns |
| UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually, STANLEY CHAN, individually, | Place: Courtroom 9 |
| Defendants. | |

-1-

DLA PIPER US LLP
SAN DIEGO

CHGO1\31255479.1

08-CV-1383 LAB (BLM)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On August 15, 2008, 2008, I served the within documents:

1. ORDER (1) DENYING REQUEST FOR ENTRY OF RESTRAINING ORDER; (2) CONSTRUING JOINT MOTION AS REQUEST FOR ENTRY OF CONSENT ORDER; AND (3) ENTERING ORDER TO ENFORCE PARTIES' AGREEMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☒ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

☐ by personally delivering the document(s) listed above at the address(es) set forth below.

☐ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Joseph Chan
68 Alvarado Street
Brisbane, CA 94005
joseph_c@hotmail.com

Stanley Chan
25009 Century Oaks Circle
Castro Valley, CA 94552
stan.chan@jc-graphics.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 15, 2008, at San Diego, California.

*Debby Brady*
Debby Brady