TIMOTHY S. BLACKFORD (Bar No. 190900)
VERONICA L. JACKSON (Bar No. 243095)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
PETER M. ELLIS (*Admitted Pro Hac Vice*)
DLA PIPER US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601-1263
Tel. 312.368-4000
Fax: 312.236-7516

Attorneys for Plaintiffs
MAIL BOXES ETC., INC. and UNITED PARCEL
SERVICE OF AMERICA, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually, STANLEY CHAN, individually,<br><br>Defendants. | Case No. 08-CV-1383 LAB (BLM)<br><br>**JOINT MOTION TO EXTEND CONSENT ORDER**<br><br>Judge: Hon. Larry Burns<br>Place: Courtroom 9 |

Plaintiff Mail Boxes Etc., Inc. ("MBE") and Defendants United postal Business Center, Joseph Chan and Stanley Chan (collectively, "Defendants"), in accordance with Civil Local Rules 7.2 and 12.1, jointly move the Court to extend the Consent Order entered on August 14, 2008 (Dkt. No. 16) for an additional 10 days. In support of this Joint Motion, the parties state as follows:

Defendants and all agents, servants, employees and all persons acting in concert with them or on their behalf, pending further hearing on this matter, agree to entry of a Consent Order, and thus shall be (either directly or indirectly):

    a.   **RESTRAINED** from:

        1.   using or displaying the Marks, or any other logos, symbols or trade dress in connection with advertising, distribution, or display for sale of any product or service;

        2.   making, in any manner whatsoever, any statement or representation, or performing any act, likely to lead members of the public to believe that defendants' store is in any manner, directly or indirectly, associated, affiliated, connected with, licensed, sponsored, authorized or approved by Plaintiffs;

        3.   taking any action, directly or indirectly, in any form or manner whatsoever, that is likely to dilute the distinctive quality of Plaintiffs' famous registered Marks or otherwise taking any action likely to cause tarnishment or disparagement to Plaintiffs' business reputation;

        4.   otherwise infringing UPS' or MBE's trade name, trademark or service marks, or otherwise competing unfairly with Plaintiffs in any manner; and

    b.   The parties hereby agree that the Court's ORDER shall be effective until September 4, 2008 or until further Court ORDER.

/////
/////
/////
/////
/////
/////

1 | /////
2 | Dated: August 25, 2008
3 |
4 |                                        DLA PIPER US LLP
5 |
6 |                                        By /s/ Timothy S. Blackford
7 |
8 |                                        Attorney for Plaintiffs
  |                                        Mail Boxes Etc., Inc. and
  |                                        United Parcel Service of America, Inc.
  |                                        tim.blackford@dlapiper.com
9 | Dated: August 25, 2008
10|
11|                                        UNITED POSTAL BUSINESS CENTER
12|
13|                                        By _____
14|
15| Dated: August 25, 2008
16|
17|                                        _____
18|                                        JOSEPH CHAN
19|
20| Dated: August ___, 2008
21|
22|                                        _____
23|                                        STANLEY CHAN

1  /////
Dated: August 25, 2008

**DLA PIPER US LLP**

By /s/ Timothy S. Blackford

Attorney for Plaintiffs
Mail Boxes Etc., Inc. and
United Parcel Service of America, Inc.
tim.blackford@dlapiper.com

Dated: August ___, 2008

**UNITED POSTAL BUSINESS CENTER**

By _____

Dated: August ___, 2008

_____
JOSEPH CHAN

Dated: August  25, 2008

_____
STANLEY CHAN

1  TIMOTHY S. BLACKFORD (Bar No. 190900)
   VERONICA L. JACKSON (Bar No. 243095)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
   PETER M. ELLIS (*Admitted Pro Hac Vice*)
6  DLA PIPER US LLP
   203 N. LaSalle Street, Suite 1900
7  Chicago, IL 60601-1263
   Tel. 312.368-4000
8  Fax: 312.236-7516

9  Attorneys for Plaintiffs
   MAIL BOXES ETC., INC. and UNITED PARCEL
10 SERVICE OF AMERICA, INC.

11
                 UNITED STATES DISTRICT COURT
12
                 SOUTHERN DISTRICT OF CALIFORNIA
13

14 | MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC. | Case No. 08-CV-1383 LAB (BLM) |
15 | | **PROOF OF SERVICE** |
16 | Plaintiffs, | |
   | v. | Judge: Hon. Larry Burns |
17 | | Place: Courtroom 9 |
   | UNITED POSTAL BUSINESS CENTER, |
18 | JOSEPH CHAN, individually, STANLEY CHAN, individually, |
19 | |
   | Defendants. |
20

DLA PIPER US LLP
SAN DIEGO

CHGO1\31255479.1

-1-

08-CV-1383 LAB (BLM)

1 **PROOF OF SERVICE**

2   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On August 25, 2008, 2008, I served the within documents:

4   1.  JOINT MOTION TO EXTEND CONSENT ORDER

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☒ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

☐ by personally delivering the document(s) listed above at the address(es) set forth below.

☐ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Joseph Chan
68 Alvarado Street
Brisbane, CA 94005
joseph_c@hotmail.com

Stanley Chan
25009 Century Oaks Circle
Castro Valley, CA 94552
stan.chan@jc-graphics.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 25, 2008, at San Diego, California.

*Debby Brady*
Debby Brady

DLA PIPER US LLP
SAN DIEGO

CHGO1\31255479.1

-2-

08-CV-1383 LAB (BLM)