1  TIMOTHY S. BLACKFORD (Bar No. 190900)
   VERONICA L. JACKSON (Bar No. 243095)
2  DLA PIPER US LLP
   401 B Street, Suite 1700
3  San Diego, CA 92101-4297
   Tel: 619.699.2700
4  Fax: 619.699.2701

5  SAMUEL B. ISAACSON (*Admitted Pro Hac Vice*)
   PETER M. ELLIS (*Admitted Pro Hac Vice*)
6  DLA PIPER US LLP
   203 N. LaSalle Street, Suite 1900
7  Chicago, IL 60601-1263
   Tel. 312.368-4000
8  Fax: 312.236-7516

9  Attorneys for Plaintiffs
   MAIL BOXES ETC., INC. and UNITED PARCEL
10 SERVICE OF AMERICA, INC.

11
                    UNITED STATES DISTRICT COURT
12
                    SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  MAIL BOXES ETC., INC., and UNITED PARCEL SERVICE OF AMERICA, INC. | Case No. 08-CV-1383 LAB (BLM) |
| 15  Plaintiffs, | **PROOF OF SERVICE** |
| 16  v. | Judge: Hon. Larry Burns |
| 17  UNITED POSTAL BUSINESS CENTER, JOSEPH CHAN, individually, STANLEY CHAN, individually, | Place: Courtroom 9 |
| 18  Defendants. | |

DLA PIPER US LLP
SAN DIEGO

CHGO1\31255479.1

-1-

08-CV-1383 LAB (BLM)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, San Diego, California 92101. On August 27, 2008, 2008, I served the within documents:

1. ORDER DENYING JOINT MOTION

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California addressed as set forth below.

☒ by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

☐ by personally delivering the document(s) listed above at the address(es) set forth below.

☐ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

Joseph Chan
68 Alvarado Street
Brisbane, CA  94005
joseph_c@hotmail.com

Stanley Chan
25009 Century Oaks Circle
Castro Valley, CA  94552
stan.chan@jc-graphics.com

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on August 27, 2008, at San Diego, California.

*Debby Brady*
Debby Brady